**Vera NIGRO, Plaintiff—Appellant,**

v.

**John SNOW, Secretary, United States Department of Treasury, Defendant—Appellee.**

No. 05–1456.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 31, 2005.

Decided Nov. 18, 2005.

Frederic M. Brandes, Timonium, Maryland, for Appellant. Rod J. Rosenstein, United States Attorney, James A. Frederick, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vera Nigro appeals the district court's order denying relief in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Nigro v. Snow, No. CA–04–1138–AMD (D.Md. Mar. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*